```
John Victor Morkal, Obscis # 16824
Anchorage Corrections Complex West
1300 East Fourth Avenue
Anchorage, AK 99501
```

RECEIVED
APR 10 2006
CLERK, U.S. DISTRICT
ANCHORAGE, ALASKA

```
Clerk of Court
United States District Court
Anchorage Federal Courthouse
222 West Seventh Avenue
Anchorage, AK 99501
```

Re:  U.S. Court of Appeals Docket Number: 06-35014
     U.S. District Court Case Number:      CV-05-00200-A-JKS
     Short Title:                          Morkal v. Alaska

     Request for documents comprising excerpt


April 5th, 2006


To Whomever This May Concern:

    Please find the enclosed "Proposed Excerpt of Record." The documents and exhibits listed are needed for prosecution of the appeal. Please place your "filed" stamp on all requested papers, including the exhibits, pursuant to Circuit Rule 30-1.6, and then forward them to me, pursuant to Circuit Rule 30-3.

    Thank you.

Cordially,<br><br>
J.V. Morkal,<br>
In Propria Persona,<br>
Plaintiff - Appellant.