RECEIVED

APR 1 0 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

3:05-cv-00200 JKS

**PROPOSED EXCERPT OF RECORD**



| Docket # | Brief Description of Document | Starting Page # |
|---|---|---|
| 2 | PLF Motion (Removal) (August 11, 2005) 18 pages | 1 |
| | —Exhibit A: Order (October 23, 2004) 3 pages | 19 |
| | —Exhibit B: Information (October 24, 2004) 3 pages | 22 |
| | —Exhibit C: Indictment (December 16, 2004) 2 pages | 24 |
| | —Exhibit D: Temporary Order (December 20, 2004) 1 | 26 |
| | —Exhibit E: Notice (Rev. P.O.A.) (January 3/4, 2005) 6 pages | 27 |
| | —Exhibit F: Notice (Rev. P.O.A.) (February 10, 2005) 7 pages | 33 |
| | —Exhibit G: Motion (Dismiss State Case) (January 11, 2005) 34 pages | 40 |
| | —Exhibit H: Order (Denying Motion) (March 3, 2005) 1 page | 74 |
| | —Exhibit I: Letter (Jurisdiction) (March 23, 2005) 16 pages | 75 |
| | —Exhibit J: Order (Denying Motion) (April 6, 2005) 1 page | 91 |
| | —Exhibit K: Motion (Declaratory Jdgmt.) (June 30, 2005) 52 pages | 92 |
| | —Exhibit L: Motion (Bifurcation) (July 8, 2005) 7 pages | 144 |
| 5 | JKS Order (Denying Removal Petition) (August 30, 2005) 3 pages | 151 |
| 5A | PLF Motion (Amended for Removal) (October 12, 2005) 13 pages | 154 |
| | —Exhibit M: Transcript (Initial Appear) (October 24, 2004) 5 pages | 167 |

| Docket # | Brief Description of Document | Starting Page # |
|---|---|---|
| | ——Exhibit N: Transcript (Arraignment) (December 20, 2004) 3 pages | 172 |
| 8 | JKS Order (Denying Removal Petition) (November 23, 2005) 4 pages | 175 |
| 9 | PLF Notice of Appeal (December 12, 2005) 1 page | 179 |
| | Docket Sheet (December 30, 2005) 3 pages | 180 |