UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 01 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN VICTOR MORKAL,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>STATE OF ALASKA,<br><br>    Defendant - Appellee. | No. 06-35014<br><br>D.C. No. CV-05-00200-A-JKS<br>District of Alaska, Anchorage<br><br>**RECEIVED**<br>JUN 05 2006<br>CLERK, U.S. DISTRICT COURT<br>ANCHORAGE, ALASKA<br><br>ORDER |

On April 14, 2006, this court ordered appellant to pay the filing fees within 21 days, and warned appellant that failure to pay the fees would result in the automatic dismissal of the appeal by the Clerk of the Court. To date, appellant has not paid the fees. Accordingly, this appeal is dismissed for failure to prosecute. *See* 9th Cir. R. 42-1.

The certified copy of this order sent to the district court shall constitute the mandate.

For the Court

*Dan Torres*
Dan Torres
Motions Attorney/Deputy Clerk
9th Cir. R. 27-7
General Orders/Appendix A

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

JUN - 1 2006

by:
Deputy Clerk

S:\MOATT\Clrkords\05.06\dt\06-35014.wpd